LAW OFFICES OF THOMAS J. BRANDI
THOMAS J. BRANDI, #53208
DONALD J. SULLIVAN, #51664
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800 Facsimile: (415) 989-1801

STEPHEN M. MURPHY #103768
44 Montgomery Street, Suite 1000
SAN FRANCISCO, CA 94104
Telephone: (415) 986-1338

Attorneys for Plaintiff

FILED
APR 18 4 24 PM '00
CLERK U.S. DIST. COURT EASTERN DIST. CALIF AT FRESNO
BY DEPUTY

LODGED
APR 14 2000
CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO, Plaintiff, | NO. CIV F- 00-5588 OWW SMS |
| v. | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR** |
| THE UNITED STATES OF AMERICA, TENET HEALTH CARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MICHAEL INGRAM, M.D., inclusive, Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

(1) Petitioner is the father of Hector Yamamoto, a minor, born November 15, 1993.

(2) Said minor resides with the petitioner at 1007 Yolo Street, in the City of Newman, County of Stanislaus, State of California.

4

(3) Hector Yamamoto has a cause of action against the above named defendants for damages resulting from injuries sustained on December 5, 1997, caused by defendants' negligence.

(4) No Guardian ad Litem has ever been appointed for said minor.

(5) Petitioner is a fit and proper person to be appointed Guardian ad Litem of Hector Yamamoto, minor, for the purpose of commencing, prosecuting and maintaining an action for and on behalf of said minor.

Dated: 3/12/00, 2000

HUGO YAMAMOTO, Petitioner

THE LAW FIRM OF THOMAS J. BRANDI

By: ______________________
DONALD J. SULLIVAN

Dated: March 13, 2000

**ORDER**

Upon reading the foregoing Petition, and good cause appearing therefore, IT IS HEREBY ORDERED that Hugo Yamamoto is hereby appointed Guardian at Litem of Hector Yamamoto and is authorized to institute and prosecute the action prescribed in this Petition.

Dated: 4-19-00

JUDGE OF THE U.S. DISTRICT COURT

# VERIFICATION

I, Hugo Yamamoto, declare that:

I am the Petitioner in the within-entitled case; I have read the foregoing PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR and know the contents thereof; the same is true of my own knowledge, except as to those matters which are therein stated upon my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/12, 2000 at Newman, California.

Hugo Yamamoto, Petitioner

United States District Court
for the
Eastern District of California
April 19, 2000

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 19, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

OWW/gl

Jack L. Wagner, Clerk

BY: [signature]
Deputy Clerk