FILED
2001 APR 23 P 4: 06
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES of AMERICA, et al.,<br>Defendants. | CV-F 00-5588 OWW/SMS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Plaintiff's motion for leave to file a second amended complaint was regularly set for hearing on Friday, April 20, 2001, at Courtroom 4, the Hon. Sandra M. Snyder, presiding. Defendants having filed pleadings reflecting their non-opposition to plaintiff's motion, the matter was submitted without hearing. For good cause appearing, plaintiff's motion is hereby GRANTED. Although plaintiff has lodged a proposed second amended complaint,

//

//

40

it is not signed. Accordingly, plaintiff is directed to submit a signed second amended complaint for filing.

DATED: 4/23/01

SANDRA M. SNYDER,
United States Magistrate Judge

United States District Court
for the
Eastern District of California
April 24, 2001

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 24, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW SMS

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

Mark Douglas Smith
Goldsberry Freeman and Swanson
980 Ninth Street
Suite 1800A
Sacramento, CA 95814

B John Briegleb
Dummit Faber and Briegles
1661 Garden Highway
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
400 East Main Street
Suite 600

Stockton, CA 95290-0600



Michael E Brewer
Anderson Galloway and Lucchese
1676 North California Boulevard
Suite 500
Walnut Creek, CA 94596-4183

Jeffrey Scott Mitchell
Anderson Galloway and Lucchese
1676 North California Boulevard
Suite 500
Walnut Creek, CA 94596-4183

Jack L. Wagner, Clerk

BY: McLean
Deputy Clerk