JOHN K. VINCENT
United States Attorney
Eastern District of California
LINDA M. ANDERSON
Assistant U.S. Attorney
Federal Building, Room 3645
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7272
Fax: (559) 498-7432

Attorneys for THE UNITED STATES OF AMERICA

FILED

2003 MAR -6 P 2: 20

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY ________ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | CV-F-00-5588 OWW/SMS<br><br>**STIPULATION AND ORDER SETTING FOLLOW-UP SETTLEMENT CONFERENCE AND SCHEDULING CONFERENCE**<br><br>**SETTLEMENT CONFERENCE:**<br>**APRIL 30, 2003**<br>**10:00 a.m.**<br>**Courtroom Four**<br>**The Honorable Sandra M. Snyder**<br><br>**SCHEDULING CONFERENCE**<br>**MAY 16, 2003**<br>**8:45 a.m.**<br>**Courtroom Two**<br>**The Honorable Oliver W. Wanger** |

The parties are continuing their efforts to resolve the case by negotiation. Following her suggestion, the parties would like to schedule a further settlement conference with Judge Snyder on April 30, 2003, at 10:00 a.m. in Courtroom Four.

A scheduling conference is set for March 14, 2003, but with the new settlement conference set for April 30, 2003, the parties have



118

asked to set the scheduling conference on the available date of May 16, 2003, at 8:45 a.m., before the Honorable Oliver W. Wanger.

Respectfully submitted,

**FOR PLAINTIFF HECTOR YAMAMOTO:**

Dated: 3 MAR 03

LAW OFFICES OF THOMAS J. BRANDI

DONALD J. SULLIVAN

**FOR DEFENDANT UNITED STATES:**

Dated: 4 March 2003

JOHN K. VINCENT
United States Attorney

By: LINDA M. ANDERSON
Assistant U.S. Attorney

**FOR DEFENDANT ANDREW JARAMILLO, M.D.**

Dated: ____________

RIGGIO, MORDAUNT & KELLY

MICHAEL R. MORDAUNT

**FOR DEFENDANT DOCTOR'S MEDICAL CENTER OF MODESTO:**

Dated: ____________

DUMMIT FABER BRIEGLEB & DIAMOND

BRAD BRIEGLEB

**FOR DEFENDANT PATTERSON HOSPITAL DISTRICT:**

Dated: ____________

DONNELLEY & NELSON

JAMES C. NELSON

asked to set the scheduling conference on the available date of May 16, 2003, at 8:45 a.m., before the Honorable Oliver W. Wanger.

Respectfully submitted,

**FOR PLAINTIFF HECTOR YAMAMOTO:**

Dated: ________________

LAW OFFICES OF THOMAS J. BRANDI

________________________
DONALD J. SULLIVAN

**FOR DEFENDANT UNITED STATES:**

Dated: ________________

JOHN K. VINCENT
United States Attorney

________________________
By: LINDA M. ANDERSON
Assistant U.S. Attorney

**FOR DEFENDANT ANDREW JARAMILLO, M.D.**

Dated: 3-3-03

RIGGIO, MORDAUNT & KELLY

[signature]
MICHAEL R. MORDAUNT

**FOR DEFENDANT DOCTOR'S MEDICAL CENTER OF MODESTO:**

Dated: ________________

DUMMIT FABER BRIEGLEB & DIAMOND

________________________
BRAD BRIEGLEB

**FOR DEFENDANT PATTERSON HOSPITAL DISTRICT:**

Dated: ________________

DONNELLEY & NELSON

________________________
JAMES C. NELSON

asked to set the scheduling conference on the available date of May 16, 2003, at 8:45 a.m., before the Honorable Oliver W. Wanger.

Respectfully submitted,

**FOR PLAINTIFF HECTOR YAMAMOTO:**

Dated: ________________ LAW OFFICES OF THOMAS J. BRANDI

________________________
DONALD J. SULLIVAN

**FOR DEFENDANT UNITED STATES:**

Dated: ________________ JOHN K. VINCENT
United States Attorney

________________________
By: LINDA M. ANDERSON
Assistant U.S. Attorney

**FOR DEFENDANT ANDREW JARAMILLO, M.D.**

Dated: ________________ RIGGIO, MORDAUNT & KELLY

________________________
MICHAEL R. MORDAUNT

**FOR DEFENDANT DOCTOR'S MEDICAL CENTER OF MODESTO:**

Dated: 3/3/03 DUMMIT FABER BRIEGLEB & DIAMOND

Jeanene Lewis
BRAD BRIEGLEB

**FOR DEFENDANT PATTERSON HOSPITAL DISTRICT:**

Dated: ________________ DONNELLEY & NELSON

________________________
JAMES C. NELSON

asked to set the scheduling conference on the available date of May 16, 2003, at 8:45 a.m., before the Honorable Oliver W. Wanger.

Respectfully submitted,

**FOR PLAINTIFF HECTOR YAMAMOTO:**

Dated: ________________ LAW OFFICES OF THOMAS J. BRANDI

DONALD J. SULLIVAN

**FOR DEFENDANT UNITED STATES:**

Dated: ________________ JOHN K. VINCENT
United States Attorney

By: LINDA M. ANDERSON
Assistant U.S. Attorney

**FOR DEFENDANT ANDREW JARAMILLO, M.D.**

Dated: ________________ RIGGIO, MORDAUNT & KELLY

MICHAEL R. MORDAUNT

**FOR DEFENDANT DOCTOR'S MEDICAL CENTER OF MODESTO:**

Dated: ________________ DUMMIT FABER BRIEGLEB & DIAMOND

BRAD BRIEGLEB

**FOR DEFENDANT PATTERSON HOSPITAL DISTRICT:**

Dated: 3/3/03 DONNELLEY & NELSON

JAMES C. NELSON

**ORDER**

IT IS ORDERED that a further settlement conference be held April 30, 2003, at 10:00 a.m., in Courtroom Four.

IT IS FURTHER ORDERED that, failing settlement, a further scheduling conference beheld May 16, 2003, at 8:45 a.m., in Courtroom Two.

Dated: 3-6-03

THE HONORABLE OLIVER W. WANGER
United States District Judge

tel

United States District Court
for the
Eastern District of California
March 7, 2003

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 7, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW SMS

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane

Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk