FILED

2003 APR 30 P 4: 33

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

CV F 00 5588 OWW SMS

ORDER GRANTING DEFENDANT UNITED STATES' MOTION FOR INTERIM REVIEW OF APPOINTMENT OF GUARDIAN AD LITEM (DOC. 120)

ORDER CONTINUING SCHEDULING CONFERENCE
**PREVIOUS DATE:** May 16, 2003
**NEW DATE:** **July 25, 2003**
**TIME:** **8:45 a.m.**
**COURTROOM:** **2**

ORDER SETTING HEARING ON REVIEW OF APPOINTMENT OF GUARDIAN AD LITEM
**DATE:** **June 16, 2003**
**TIME:** **11:00 a.m.**
**COURTROOM:** **4**

The motion of Defendant United States of America for interim review of the appointment of Hugo Yamamoto as guardian ad litem for Plaintiff Hector Yamamoto came on regularly for hearing on April 30, 2003, at 1:20 p.m. in Courtroom 4 before the Honorable Sandra M. Snyder, United States Magistrate Judge. Linda Anderson of the United States Attorney's Office appeared on behalf of



126

Defendant United States of America; Michael R. Mordaunt of Riggio Mordaunt and Kelley appeared on behalf of Defendants Andrew Jaramillo, M.D., and California emergency Physicians; James M. Nelson of Donnelly and Nelson appeared on behalf of Defendants Patterson Hospital District, Valley Emergency Physicians, and Maxine Ingham, M.D.; B. John Briegleb of Dummit Faber Briegleb and Diamond appeared on behalf of Tenet Health Care Corporation, doing business as Doctors Medical Care of Modesto; and Thomas J. Brandi and Donald J. Sullivan of the Law Offices of Thomas J. Brandi and Stephen M. Murphy of the Law Office of Stephen M. Murphy appeared on behalf of Plaintiff. The Court had considered the notice of motion, motion, and supporting memorandum filed on March 11, 2003. No opposition was filed. After argument, the matter was submitted to the Court.

A guardian ad litem is appointed as a representative of the Court to act for the minor in the action, with authority to engage counsel; file suit; and to prosecute, control and direct the litigation. As an officer of the Court the guardian ad litem has full responsibility to assist the Court to secure a just, speedy and inexpensive determination of the action. Fed. R. Civ. P. 17(b), (c); Cal. Civ. Proc. Code § 372; Leung v. Dulles, 226 F.2d 74, 82 (9th Cir. 1955). The Court has the discretion to approve or disapprove of a guardian's continuing service, and the Court has the duty to see that a minor plaintiff's interests are adequately protected; a conflict of interest between a minor party and the minor's guardian will render the latter an inappropriate guardian. Fed. R. Civ. P. 17(c); Leung v. Dulles, 226 F.2d at 82; Gardner by Gardner v. Parson, 874 F.2d 131, 138

(3d Cir. 1989); M.S. v. Wermers, 557 F.2d 170, 174-75 (8th Cir. 1977).

On review of the moving papers, and good cause appearing, it IS ORDERED that the motion IS GRANTED, and the Court will review the appointment of Hugo Yamamoto as guardian at litem. An informational order setting forth a briefing schedule will follow.

Pending further order of the Court, a hearing on the motion IS SET for June 16, 2003, at 11:00 a.m. in Courtroom 4.

The scheduling conference, presently set for May 16, 2003, at 8:45 a.m., IS VACATED and IS RESET for July 25, 2003, at 8:45 a.m., before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 2.

IT IS SO ORDERED.

DATED: 4/30/03

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

cs

United States District Court
for the
Eastern District of California
May 1, 2003

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 1, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

OWW SMS

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane

Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk