FILED

2003 APR 30 P 4: 33

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY ________

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

CV F 00 5588 OWW SMS

ORDER DIRECTING THE CLERK TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 39-138(b), the Clerk of the Court IS DIRECTED to file the confidential report of vdrp mediation discussions UNDER SEAL. Pending further order of the Court, this document is to remain sealed and confidential and is not to become part of the public case file.

IT IS SO ORDERED.

DATED: 4/30/03

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE



127

cs

United States District Court
for the
Eastern District of California
May 1, 2003

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 1, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

OWW SMS

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane

Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: ____________________
Deputy Clerk