FILED

2003 MAY 28 P 3:58

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

CV F 00 5588 OWW SMS

FINDINGS AND RECOMMENDATIONS RE: REVIEW OF APPOINTMENT OF GUARDIAN AD LITEM

The minor Plaintiff is proceeding with an action for damages. Plaintiff is represented by counsel and is proceeding through a guardian ad litem.

I. Procedural History

The undersigned Magistrate Judge is the assigned Magistrate Judge in this action. The Magistrate Judge has also presided over lengthy settlement conferences in this action as well as other pretrial proceedings.

After settlement conference proceedings, Defendant United States of America moved for interim review of the appointment of



131

Hugo Yamamoto as guardian ad litem for Plaintiff Hector Yamamoto. The undersigned Magistrate Judge heard argument on the matter, granted the motion for review, and set a hearing on the motion. Thereafter, the Magistrate Judge vacated the hearing; in place of briefing and a hearing, the Magistrate Judge files these findings and recommendations.

II. Legal Standards

A guardian ad litem is appointed as a representative of the Court to act for the minor in the action, with authority to engage counsel; file suit; and to prosecute, control and direct the litigation. As an officer of the Court the guardian ad litem has full responsibility to assist the Court to secure a just, speedy and inexpensive determination of the action. Fed. R. Civ. P. 17(b), (c); Cal. Civ. Proc. Code § 372; Leung v. Dulles, 226 F.2d 74, 82 (9th Cir. 1955). The Court has the discretion to approve or disapprove of a guardian's continuing service, and the Court has the duty to see that a minor plaintiff's interests are adequately protected; a conflict of interest between a minor party and the minor's guardian will render the latter an inappropriate guardian. Fed. R. Civ. P. 17(c); Leung v. Dulles, 226 F.2d at 82; Gardner by Gardner v. Parson, 874 F.2d 131, 138 (3d Cir. 1989); M.S. v. Wermers, 557 F.2d 170, 174-75 (8th Cir. 1977).

III. Findings and Recommendations

The Magistrate Judge has recently presided at two settlement conferences in this action which together lasted approximately nine hours. The undersigned is familiar with the parties, their counsel, the nature of the action, the parties' respective

contentions and defenses, and the apparent strength and weaknesses thereof. Specifically, the Magistrate Judge has spent many hours with the guardian ad litem in the course of the settlement proceedings and has had an ample opportunity to observe the guardian at litem in the course of his direction and control of the litigation. The Magistrate Judge questions the competence of the guardian ad litem to direct and control the action and to help the Court secure a just and efficient resolution to the action.

Further, the Magistrate Judge has reviewed not only the motion for review of the guardianship filed by the Defendant United States of America, but also a confidential report from a mediator regarding vdrp mediation discussions that preceded the settlement conference. The report raises concerns similar to some of those those experienced by the Magistrate Judge; it has been filed under seal.

On the basis of all the matters submitted to, and observed by, the Magistrate Judge in this action, the Magistrate Judge FINDS that questions have arisen as to the competence of the present guardian ad litem to carry out his duties as the minor Plaintiff's representative, and doubt exists as to whether the minor's interests are being adequately protected.

Accordingly, it IS RECOMMENDED that the Court review the status of the guardianship and explore the competence of the present guardian to control and direct the present litigation on behalf of the minor Plaintiff.

This report and recommendation is submitted to the United States District Court Judge assigned to the case, pursuant to the

provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

DATED: May 27, 2003

S. M. Snyder

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

sr

United States District Court
for the
Eastern District of California
May 29, 2003

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 29, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW SMS

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane

Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk