FILED

2003 JUL 24 P 2: 33

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY [signature]
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CIV-F-00-5588 OWW SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS RE: REVIEW OF APPOINTMENT OF GUARDIAN AD LITEM |

The minor Plaintiff is proceeding with an action for damages. Plaintiff is represented by counsel and is proceeding through a guardian ad litem.

On May 28, 2003, the Magistrate Judge filed findings and a recommendation that the Court review the status of the guardianship and explore the competence of the present guardian to control and direct the present litigation on behalf of the minor Plaintiff. The findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any



34

objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2003, are ADOPTED IN FULL; and

2. Based on the Magistrate Judge's findings, a hearing to determine the fitness and competence of the guardian to continue to serve in this case as personal representative for and to control and direct the present litigation on behalf of the minor Plaintiff, shall be held September 22, 2003, at 9:00 a.m. in Courtroom 2.

3. Any documentary evidence and legal authorities in support of terminating the guardianship shall be filed by September 2, 2003. Any opposition shall be filed by September 16, 2003. The parties shall notify the court on or before September 19, 2003, whether oral testimony will be presented at the hearing re fitness of guardian.

DATED: July 24, 2003.

Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

yamamoto order

pk

United States District Court
for the
Eastern District of California
July 25, 2003

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 25, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

OWW SMS

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane

Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: [signature]
Deputy Clerk