FILED

SEP 26 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, BY AND THROUGH HIS GUARDIAN AD LITEM HUGO YAMAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, TENET HEALTHCARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MAXINE INGHAM, M.D.<br><br>Defendants. | CIV F-00-5588 OWW SMS<br><br>ORDER RE: APPOINTMENT OF ATTORNEY FOR HUGO YAMAMOTO AS GUARDIAN AD LITEM TO PLAINTIFF HECTOR YAMAMOTO FOR REMOVAL PROCEEDINGS |

The Order to Show Cause re: the Fitness of Plaintiff's Guardian Ad Litem, Mr. Hugo Yamamoto, came on for hearing September 22, 2003. Attorneys for the Plaintiff, the Brandi Law Firm by Robert Sullivan, Esq., was present. Mr Yamamoto, the Guardian, was personally present. The minor was present. The United States was represented by Linda M. Anderson, Esq. Doctors Medical Care of Modesto was represented by Janine Lewis, Esq. Andrew Jaramillo, M.D., was represented by Michael Mordaunt, Esq. Patterson Hospital District and Maxine Ingham, M.D., were

represented by Christine M. Meade, Esq.

Mr. Yamamoto did not file an opposition to the removal petition, nor was he represented by counsel, although he had been previously advised of his right to consult independent counsel and to be represented at the hearing.

During the hearing it became evident that Mr. Yamamoto wishes to be represented by an attorney in his capacity as Guardian Ad Litem for the purposes of these proceedings. Based on a financial affidavit submitted by Mr. Yamamoto, it appears he does not have financial resources to engage an attorney.

The Court has determined that it is in the best interests of all parties to the litigation and to the minor's interest, that Hugo Yamamoto, in his capacity as Guardian Ad Litem for Hector Yamamoto, be individually represented by counsel for the purposes of these removal proceedings, only.

The Court has located counsel, C. Richard Watters, Esq., who is willing to represent Hugo Yamamoto, as Guardian Ad Litem for Hector Yamamoto, for the purposes of these removal proceedings.

The Court has determined that Mr. Watters is a Certified Civil Trial Advocate by the National Board of Trial Advocacy, a Fellow of the American College of Trial Lawyers, and is a highly expert and experienced trial practitioner representing Plaintiffs in all variety of cases involving personal injuries, death claims, and product liability, including medical malpractice.

IT IS ORDERED that C. Richard Watters, Esq., of the law firm of Miles, Sears & Eanni, 2844 Fresno Street, Fresno, CA 93721, (559) 486-5200, is appointed as attorney for Hugo Yamamoto in his capacity as Guardian Ad Litem for Hector Yamamoto, for the

purposes of these removal proceedings only.

FURTHER ORDERED that Mr. Watters shall be furnished the Declarations filed under seal of the mediator, Judge Gack, and Magistrate Judge Sandra Snyder. He shall also be provided by the parties to this litigation, at Mr. Watters' request, details of settlement negotiations and offers that have been extended through the present time. Mr. Watters shall have full access to the Court file and such other information as he deems reasonably necessary and appropriate to his representation of Mr. Yamamoto for these removal proceedings.

FURTHER ORDERED that attorneys for Plaintiff shall provide the address and phone number of Hugo Yamamoto to Mr. Watters to enable Mr. Watters to contact and meet with Mr. Yamamoto for purposes of his representation in this matter.

FURTHER ORDERED that Mr. Watters has agreed to represent Mr. Yamamoto, without compensation, as a pro bono service to the United States District Court for the Eastern District of California, to serve the interests of justice.

FURTHER ORDERED that the parties may offer submissions as to whether the reasonable actual out-of-pocket expenses, not attorneys' fees, incurred by Mr. Watters in his representation of the Guardian, are appropriately considered as a recoverable cost in this case to be compensated from the Guardianship.

FURTHER ORDERED that Mr. Watters shall counsel with Mr. Yamamoto and conduct his review of the Guardianship and issues presented in this removal proceeding on or before October 24, 2003. A transcript of the September 22, 2003, proceedings shall be provided Mr. Watters.

FURTHER ORDERED that the continued hearing on the Order to Show Cause re: Removal of Guardian Hugo Yamamoto shall be held November 3, 2003, at 9:00 a.m. in Courtroom 2. Mr. Watters shall be present with Mr. Yamamoto at that time.

Any responses or further submissions of points and authorities or evidentiary declarations shall be made by October 28, 2003, before 12:00 p.m.

DATED: September 24, 2003.

Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

crd

United States District Court
for the
Eastern District of California
September 26, 2003

THE TRANSCRIPT NOTED IN THE ORDER WILL BE FORWARDED UNDER SEPARATE COVER UPON COMPLETION

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 26, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Richard C Watters
Miles Sears and Eanni
2844 Fresno Street
Fresno, CA 93721

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond

1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk