LAW OFFICES OF THOMAS J. BRANDI
THOMAS J. BRANDI, #53208
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

STEPHEN M. MURPHY #103768
44 Montgomery Street, Suite 1000
SAN FRANCISCO, CA 94104
Telephone: (415) 986-1338

Attorneys for Plaintiff

FILED
2003 NOV 24 P 3:23

LODGED
NOV 17 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, TENET HEALTH CARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MICHAEL INGRAM, M.D., inclusive,<br><br>Defendants. | **NO. CIV F 00 5588 OWW/SMS**<br><br>**ORDER APPOINTING HON. EUGENE KRUM AS GUARDIAN AD LITEM** |

On November 3, 2003, after noticed motion and hearing and GOOD CAUSE appearing, Hugo Yamamoto was removed as Guardian ad Litem of Hector Yamamoto in this action. Thereafter Counsel for Hector Yamamoto proposed the Hon. Eugene Krum, retired Judge of the Superior Court of Fresno as guardian ad Litem. Judge Krum served twenty years in the Courts of Fresno and has served as a mediator and arbitrator since



148

1991. Judge Krum is familiar with the issues presented in a medical malpractice case including liability, damages, settlements discussions and tactics, and cases involving children. Judge Krum has agreed to serve as Guardian ad Litem in this case for Hector Yamamoto.

Therefore, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Hon. Eugene Krum is hereby appointed Guardian ad litem of Hector Yamamoto in this action.

Dated: November 24, 2003

Oliver W. Wanger, Judge
United States District Court

pk

United States District Court
for the
Eastern District of California
November 25, 2003

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 25, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

OWW SMS

Richard C Watters
Miles Sears and Eanni
2844 Fresno Street
Fresno, CA 93721

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200

Stockton, CA 95207



Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk