LAW OFFICES OF THOMAS J. BRANDI
THOMAS J. BRANDI, #53208
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

STEPHEN M. MURPHY #103768
44 Montgomery Street, Suite 1000
SAN FRANCISCO, CA 94104
Telephone: (415) 986-1338

Attorneys for Plaintiff

FILED
2003 NOV 24 A 8: 45

LODGED
NOV 2
CLERK, U.S. DIS
EASTERN DISTRIC
BY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,

Plaintiff,

v.

THE UNITED STATES OF AMERICA, TENET HEALTH CARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MICHAEL INGRAM, M.D., inclusive,

Defendants.

**NO. CIV F 00 5588 OWW/SMS**

**ORDER REMOVING HUGO YAMAMOTO AS GUARDIAN AD LITEM**

The Order to Show Cause re: the Fitness of Plaintiff's Guardian Ad Litem, Mr. Hugo Yamamoto, came on for further hearing on November 3, 2003. Appearing on behalf of the plaintiff was Thomas J. Brandi, of the Brandi Law Firm. Appearing on behalf of



149

Hugo Yamamoto was Richard C. Watters of Miles, Sears & Eanni. Appearing on behalf of defendant the United States of America, was Linda Anderson of the United States Attorney's Office. Appearing for the defendants Patterson Hospital, was Christine M. Meade of Donnelly & Nelson. Appearing for the defendant Dr. Jaramillo was Michael Mordaunt of Riggio, Mordaunt & Kelly. Appearing for the defendant Doctors Medical Center was Brad J. Briegleb of Dummit, Faber, Briegleb & Diamond. The minor was also present in the courtroom. No written opposition to this motion was filed on Mr. Yamamoto's behalf. After hearing from the parties, including Mr. Yamamoto, and carefully reviewing the record including but not limited to the Declarations filed by the mediators, the pleadings and papers herein, and for good cause appearing it is ordered:

Hugo Yamamoto is removed as Guardian ad Litem of Hector Yamamoto in this action.

Dated: November 21, 2003

[signature]

OLIVER W. WANGER, JUDGE
United States District Court

pk

United States District Court
for the
Eastern District of California
November 25, 2003

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 25, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan OWW SMS
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Richard C Watters
Miles Sears and Eanni
2844 Fresno Street
Fresno, CA 93721

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Faber Briegleb and Diamond
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200

Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: [signature]
Deputy Clerk