THOMAS J. BRANDI #53208
THE BRANDI LAW FIRM
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
(415) 989-1800
FAX: (415) 989-1801

G. ARCHER BAKERINK #065111
BAKERINK & McCUSKER
1030 Central Avenue
Tracy, CA 95376
(209) 835-9592
FAX: (209) 832-7424

Attorneys for Petitioner

Guardian ad Litem

FILED
2004 AUG -2 P 1:08
CLERK, US DIST. COURT
EASTERN DIST OF CALIF
BY ___ DEPUTY

LODGED
JUL 26 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, a Minor, by and through his Guardian ad Litem, HUGO YAMAMOTO,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, TENET HEALTH CARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MICHAEL INGRAM, M.D., and Does 1-20, inclusive,<br><br>Defendants. | NO. CIV F 00 5588 OWW/SMS<br><br>ORDER APPROVING COMPROMISE OF MINOR'S CLAIM AND TO APPROVE ESTABLISHMENT OF SPECIAL NEEDS TRUST; (42 U.S.C. §1396p (d)(4)(A))<br><br>DATE: July 12, 2004<br>TIME: 10:00 A.M.<br>DEPT.: |

\\

157

The petition of Guardian ad Litem EUGENE KRUM (herein called "Petitioner"), for the Order Approving Compromise of Minor's Claim and to Approve Establishment of a Special Needs Trust on behalf of HECTOR YAMAMOTO, and for transfer of property from the Court action entitled HECTOR YAMAMOTO, a Minor, by and through his Guardian ad Litem, HUGO YAMAMOTO, Plaintiffs, v. THE UNITED STATES OF AMERICA, TENET HEALTHCARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MICHAEL INGRAM, M.D. and Does 1-20, inclusive, Defendants, Case No. CIV F 00 5588 OWW/SMS, In the United States District Court for the Eastern District of California, to the HECTOR YAMMOTO SPECIAL NEEDS TRUST came on regularly for hearing July 12, 2004 before the Honorable Oliver W. Wanger. G. Archer Bakerink appeared on behalf of Petitioner, Eugene Krum. Linda M. Anderson appeared for defendant the United States of America. Michael Mordaunt appeared for defendant Andrew Jaramillo, M.D. and California Emergency Physicians Medical Group. Thomas J. Donnelly appeared for defendants Patterson Hospital District, Maxine Ingham, M.D. and Valley Physicians Medical Group, P.C.

While Hugo Yamamoto did not file a timely objection to the petition, the Court allowed him to express his opinion regarding the proposed settlement.

Good cause appearing, and proof having been submitted to the satisfaction of this Court,

**THIS COURT FINDS:**

1. The Settlement Agreement, as proposed by the settling Defendants in the total amount of $2,750,000.00 is found to be a fair and appropriate compromise of the minor's claim as required by California Probate Code § 3600 and is hereby approved by this Court.

2. As per the terms of the Settlement Agreement, defendant UNITED STATES OF AMERICA is hereby ordered to pay Six Hundred and Fifty

Thousand Dollars ($650,000.00) to the BRANDI LAW FIRM's Trust Account. Defendant TENET HEALTH SYSTEMS HOSPITALS DBA DOCTORS MEDICAL CENTER is hereby ordered to pay Nine Hundred Seventy Five Thousand Dollars ($975,000.00) to the BRANDI LAW FIRM's Trust Account. Defendants ANDREW JARAMILLO, M.D. and EMERGENCY PHYSICIAN GROUP is hereby ordered to pay One Million, One hundred Twenty Five Thousand Dollars ($1,125,000.00) to the BRANDI LAW FIRM's Trust Account.

3. Upon receipt of the funds by the settling defendants, the BRANDI LAW FIRM is responsible for disbursing the funds pursuant to the terms of the Settlement Agreement.

4. HECTOR YAMAMOTO is a minor who has a disability that substantially impairs his ability to provide for his own care and constitutes a handicap as set forth in 42 U.S.C. § 1382c(a)(3)(C)(i).

5. HECTOR YAMAMOTO is likely to have special needs for the remainder of his life that will not be met without a Special Needs Trust, as provided in 42 U.S.C. § 1396p and California Probate Code § 3604.

6. The establishment of a Special Needs Trust will benefit HECTOR YAMAMOTO, and the assets to which he is entitled.

7. This Court authorizes the creation of the HECTOR YAMAMOTO SPECIAL NEEDS TRUST, and expressly holds that the assets of the Trust shall not be deemed to be an available resource of the beneficiary for public benefits calculations.

8. The entire balance of the funds resulting from the underlying legal action entitled HECTOR YAMAMOTO, a Minor, by and through his Guardian ad Litem, HUGO YAMAMOTO, Plaintiffs, v. THE UNITED STATES OF AMERICA, TENET HEALTHCARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D.,

PATTERSON HOSPITAL DISTRICT, MICHAEL INGRAM, M.D. and Does 1-20, inclusive, Defendants, Case No. CIV F 00 5588 OWW/SMS, In the United States District Court for the Eastern District of California, less any payments ordered herein, shall be immediately placed into the HECTOR YAMAMOTO SPECIAL NEEDS TRUST.

9. BANK OF STOCKTON shall serve as the initial Trustee of the HECTOR YAMAMOTO SPECIAL NEEDS TRUST, without bond.

10. BANK OF STOCKTON, as the initial Trustee, shall be entitled to its fee of .75% of the annual market value of trust assets, or $2,000.00, whichever is more. One-twelfth of the annual fee shall be calculated on monthly based on the market value as of the 15th day of the month with such prorated amount to be withdrawn from the Special Needs Trust each month.

11. The Trust Advisory Committee shall initially consist of one member, IBAR SETTLEMENT COMPANY, INC. IBAR SETTLEMENT COMPANY, INC. and BANK OF STOCKTON shall be allowed to name two additional initial members, as they agree, without further approval by this Court.

12. IBAR SETTLEMENT COMPANY, INC. shall be paid its initial set up fee of $1,500.00 and an ongoing annual fee of .75% of the market value of the assets, not including the annuity, or a minimum of $750.00 annually, to be prorated and paid on a monthly basis by the Trustee from the Special Needs Trust.

13. The Trustee is authorized to bring a petition in the Superior Court of the State of California for continuing supervision of the Special Needs Trust. Such petition will include a provision that the Trustee of the HECTOR YAMAMOTO SPECIAL NEEDS TRUST shall provide the supervising Court with a biennial Account and Report of the Special Needs Trust,

beginning with the period ending one year after the date the Trust is established and every two (2) years thereafter. Said Account and Report shall consist of the status and receipts and disbursements of the Trust since the date of the establishment of the HECTOR YAMAMOTO SPECIAL NEEDS TRUST, and a statement of the trust property on the Account ending date.

14. No successor Trustee who is not a corporate fiduciary may serve without prior order of the supervising Court.

15. The lien in favor of the California State Department of Health in the amount of $187,022.75 shall be paid as provided by California Probate Code § 3604(d) prior to the HECTOR YAMAMOTO SPECIAL NEEDS TRUST being funded.

16. An annuity is to be purchased by the settling defendants on the terms detailed in the settlement agreement for $1,299,764.00.

17. Compensation of $200,000.00 is to be paid to HUGO YAMAMOTO for the nursing and attendant care he has provided to his son to date.

18. HUGO YAMAMOTO should be compensated for future in home care at the rate of $13.00 per hour for 40 hours per week with annual increases of 3%. Respite care may also be provided on the same terms for up to an additional 20 hours per week.

19. The Trustee may disburse up to $45,000.00 for the purchase of a specially modified van, title to be held in the name of the minor's father, HUGO YAMAMOTO with the Trustee listed as lienholder.

20. The Law Offices of Thomas J. Brandi shall be paid $583,168.90 for payment of its fees and costs in this matter.

21. The Law Offices of Bakerink & McCusker shall be paid $9,000.00 for services provided as Special Counsel for Trust Matters.

22. The provisions of the HECTOR YAMAMOTO SPECIAL NEEDS TRUST will be as in Attachment "A" to this Order.

23. EUGENE KRUM shall be discharged of his role as Guardian ad Litem in this matter once his duties have been completed and upon final dismissal of the action. Once discharged, Eugene Krum will have no additional responsibilities on behalf of HECTOR YAMAMOTO.

24. Defendants, PATTERSON HOSPITAL DISTRICT, MAXINE INGHAM, M.D., and VALLEY EMERGENCY PHYSICIANS MEDICAL GROUP, P.C., are dismissed with prejudice in exchange for a waiver of costs.

**SO ORDERED:**

Dated: 8-2-04

Honorable Oliver W. Wanger

jh

United States District Court
for the
Eastern District of California
August 3, 2004

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 3, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

OWW SMS

Richard C Watters
Miles Sears and Eanni
2844 Fresno Street
Fresno, CA 93721

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Briegleb Boyce & Buchholz
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200

Stockton, CA  95207



Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA  95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA  94598-2493

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk