Michael R. Mordaunt, Esq. Bar No. 66911
Corinne K. Reynolds, Esq. Bar No. 176447
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for ANDREW JARAMILLO, M.D.

FILED
2004 AUG 13 A 9:23
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY ______ DEPUTY

LODGED
AUG 12 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

ORIGINAL
AUG 05 2004

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, by and through his Guardian ad Litem, HUGO YAMAMOTO, Plaintiff, vs. THE UNITED STATES OF AMERICA, TENET HEALTH CARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MAXINE INGHAM, M.D., inclusive, Defendants | Case No. CIV-F-00-5588 OWW SMS<br>**STIPULATION OF DISMISSAL** |

CLOSED
DATE: 8.13.04

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 7-12, 2004

LAW OFFICES OF THOMAS J. BRANDI

Thomas J. Brandi

By: Thomas J. Brandi, Esq. Attorneys for Plaintiffs



158

Dated: July 27 2004

DONNELLY & NELSON, LLP

By: James Nelson, Esq., Attorneys for Defendants PATTERSON HOSPITAL DISTRICT, MAXINE INGHAM, M.D. & VALLEY EMEGENCY PHYSICIANS MEDICAL GROUP, P.C.

Dated: July 22, 2004

U.S. ATTORNEY'S OFFICE

By: Linda M. Anderson, Esq. for U.S. of AMERICA

Dated: 7/19, 2004

RIGGIO MORDAUNT & KELLY

By: Michael R. Mordaunt, Esq. Attorneys for ANDREW JARAMILLO, M.D. and CALIFORNIA EMERGENCY PHYSICIANS GROUP

Dated: 8-3, 2004

DUMMIT, FABER, BRIEGLEB & DIAMOND

By: B. John Briegleb, Esq. Attorneys for DOCTORS MEDICAL CENTER

It is so Ordered. Dated: 8-12-04

United States District Judge

Riggio, Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

jv

United States District Court
for the
Eastern District of California
August 13, 2004

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 13, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald J Sullivan OWW SMS
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Richard C Watters
Miles Sears and Eanni
2844 Fresno Street
Fresno, CA 93721

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Briegleb Boyce & Buchholz
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200

Stockton, CA 95207

Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk