LAW OFFICES OF THOMAS J. BRANDI
THOMAS J. BRANDI, #53208
DONALD J. SULLIVAN, #51664
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

STEPHEN M. MURPHY #103768
44 Montgomery Street, Suite 1000
SAN FRANCISCO, CA 94104
Telephone: (415) 986-1338

Attorneys for Plaintiff

FILED
2004 AUG 24 A 10: 59
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY ____ DEPUTY

LODGED
AUG 19 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR YAMAMOTO, by and through his Guardian ad Litem HUGO YAMAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, TENET HEALTH CARE CORPORATION, DOCTORS MEDICAL CARE OF MODESTO, ANDREW JARAMILLO, M.D., PATTERSON HOSPITAL DISTRICT, MICHAEL INGRAM, M.D., inclusive,<br><br>Defendants. | **NO. CIV F 00 5588 OWW/SMS**<br><br>STIPULATION OF DISMISSAL OF DEFENDANTS PATTERSON HOSPITAL DISTRICT, MAXINE INGHAM, M.D., and VALLEY EMERGENCY PHYSICIANS MEDICAL GROUP, PC WITH PREJUDICE [WITH ORDER THEREON] |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants, Patterson Hospital District, Maxine Ingham, M.D., and Valley Emergency Physicians Medical Group, PC by and through their respective undersigned counsel, that the above entitled action be and the same is hereby dismissed with full prejudice with



159

respect to these defendants only, without judgment, and without attorneys' fees, litigation expenses or costs to the parties on either side.

Dated: 8/13/04

DONNELLY & NELSON

By ____________________
JAMES M. NELSON

Dated:

LAW OFFICES OF THOMAS J. BRANDI

By: ____________________
THOMAS J. BRANDI

IT IS SO ORDERED:

Dated: 8-23-04

____________________
HON. OLIVER WANGER
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL – C.C.P. §§1013(A), 2015.5**

I declare under penalty of perjury that:

I am a citizen of the United States and am employed in the County of Contra Costa. I am over the age of eighteen years and not a party to the within action. My business address is 2401 Shadelands Drive, Suite 120, Walnut Creek, CA 94598-2493. On August 17, 2004, I served the within **STIPULATION OF DISMISSAL OF DEFENDANTS** on the parties in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Walnut Creek, California, addressed as follows:

| | |
|---|---|
| Linda M. Anderson, Esq.<br>Paul L. Seave, Esq.<br>United States Attorney<br>Eastern District of California<br>Federal Building, Room 3645<br>1130 "O" Street<br>Fresno, CA 93721 | Counsel for Defendant THE UNITED STATES OF AMERICA |
| Stephen M. Murphy, Esq.<br>Law Offices of Stephen M. Murphy<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104 | Counsel for Plaintiff HECTOR YAMAMOTO by and through his GAL |
| B. John Briegleb, Esq.<br>Dummit, Briegleb, Boyce & Buchholz<br>1661 Garden Highway, Suite 100<br>Sacramento, CA 95833-9706 | Counsel for Defendant DOCTORS MEDICAL CARE OF MODESTO |
| Michael R. Mordaunt, Esq.<br>Riggio Mordaunt & Kelly<br>2509 West March Lane, Suite 200<br>Stockton, CA 95207 | Counsel for Defendant Dr. ANDREW JARAMILLO |
| Donald J. Sullivan, Esq.<br>Law Offices of Thomas J. Brandi<br>44 Montgomery Street, Suite 1050<br>San Francisco, CA 94104 | Counsel for Plaintiff HECTOR YAMAMOTO by and through his GAL |

Executed on August 17, 2004 at Walnut Creek, California.

Nancy L. Burkard

Nancy L. Burkard

sr

United States District Court
for the
Eastern District of California
August 25, 2004

* * CERTIFICATE OF SERVICE * *

1:00-cv-05588

Yamamoto

v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 25, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW SMS

Donald J Sullivan
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Richard C Watters
Miles Sears and Eanni
2844 Fresno Street
Fresno, CA 93721

Linda Anderson
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA 93721

B John Briegleb
Dummit Briegleb Boyce & Buchholz
1661 Garden Highway
Suite 100
Sacramento, CA 95833-9706

Rachelle C Sanchez
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200

Stockton, CA 95207



Michael R Mordaunt
Riggio Mordaunt and Kelly
2509 West March Lane
Suite 200
Stockton, CA 95207

James M Nelson
Donnelly and Nelson
2401 Shadelands Drive
Suite 120
Walnut Creek, CA 94598-2493

Michael E Brewer
Littler Mendelson
2175 North California Boulevard
Suite 835
Walnut Creek, CA 94596-3565

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk